**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SIEMENS INDUSTRY, INC.,<br><br>             Plaintiff,<br><br>     v.<br><br>WESTINGHOUSE AIR BRAKE<br>TECHNOLOGIES CORPORATION<br>(d/b/a WABTEC CORPORATION) and<br>WABTEC RAILWAY ELECTRONICS, INC.,<br><br>             Defendants. | C.A. No. 16-284 (LPS) |

**DEFENDANT WESTINGHOUSE AIR BRAKE TECHNOLOGIES CORPORATION'S
(d/b/a WABTEC CORPORATION) MOTION TO AMEND SCHEDULING ORDER**

Pursuant to Federal Rule of Civil Procedure 16(b)(4), Defendant Westinghouse Air Brake Technologies Corporation (d/b/a Wabtec Corporation) ("Wabtec"), by and through undersigned counsel, respectfully moves this court to amend the current Scheduling Order (D.I. 49) to incorporate Wabtec's Counterclaims. (*See* D.I. 56). Wabtec has set out good cause below to amend the current Scheduling Order.

Plaintiff Siemens Industry, Inc.'s ("Siemens") original complaint was filed April 21, 2016, and alleged infringement of seven patents. Siemens' Amended Complaint was entered as of January 12, 2017, and alleged infringement of six additional patents. Pursuant to Fed. R. Civ. P. 15(a)(1)(A), Wabtec's Counterclaims were filed in the present case on February 14, 2017, and allege infringement of three patents. (*See* D.I. 56). Siemens filed its answer to Wabtec's Counterclaims on March 14, 2017. (*See* D.I. 64). Wabtec's Counterclaims were filed well in advance of the August 4, 2017, deadline to amend the pleadings and did not require leave of this Court. (*See* D.I. 49).

Wabtec's infringement counterclaims are now properly part of the present case, but the current schedule does not contemplate these counterclaims, which require the exchange of additional items such as infringement contentions and invalidity contentions for the three asserted patents.  On February 21, 2017, Wabtec sent Siemens its initial proposal for an amended scheduling order incorporating Wabtec's Counterclaims.  In order to accommodate the three additional patents, Wabtec proposed shifting the schedule approximately the same length of time that the schedule the parties previously agreed to shift the schedule to accommodate *six* additional patents asserted by Siemens.

On March 9, 2017, Siemens asserted that the counterclaims needed to be severed, and proposed a schedule to that effect that essentially mirrored the beginning of Wabtec's schedule, but then had separate claim construction briefing and hearings, expert discovery, dispositive motions, and trial.  On March 16, 2017, Wabtec responded that it did not believe the counterclaims needed to be severed, and that due to the substantial overlap in discovery, severing the claims would be inefficient.  Wabtec also provided a slightly modified schedule since some deadlines had already passed.

Wabtec was surprised with Siemens' position regarding these new patents since Wabtec filed its counterclaim only one month after Siemens' amended complaint was entered.  Wabtec worked with Siemens to determine a fair schedule when Siemens requested to amend the complaint to add six additional patents, and Wabtec expected Siemens to do the same here.  Wabtec met and conferred with Siemens on this issue on March 20, 2017.  Wabtec has made a reasonable effort to reach agreement with Siemens.  Siemens, however, opposes Wabtec's

amended scheduling order and has proceeded to file an opposed motion to sever Wabtec's Counterclaims.[1] (*See* D.I. 66).

Wabtec respectfully requests that the Court enter a schedule for its infringement counterclaims since these claims are not contemplated under the current schedule.

A copy of Wabtec's amended scheduling order is outlined in the attached proposed order.

Dated:  March 21, 2017                                **K&L GATES LLP**

/s/ Steven L. Caponi
Steven L. Caponi, Esq. (#3484)
600 N. King Street
Suite 901
Wilmington, DE 19801
Phone: 302.416.7080
steven.caponi@klgates.com

-and-

Alan L. Barry, Esq.
Jason A. Engel, Esq.
Benjamin E. Weed, Esq.
Devon C. Beane, Esq.
Katherine L. Hoffee, Esq.
K&L GATES LLP
70 West Madison Street, Suite 3100
Chicago, Illinois  60602
Phone: 312. 372.1121
alan.barry@klgates.com
jason.engel@klgates.com
benjamin.weed@klgates.com
devon.beane@klgates.com
katy.hoffee@klgates.com

*Attorneys for Defendants Westinghouse Air Brake Technologies Corporation (d/b/a Wabtec Corporation) and Wabtec Railway Electronics, Inc.*

---

[1]  Wabtec will respond accordingly to Siemens' Motion to Sever.  Given that Wabtec's three asserted patents are already included in the current case, Wabtec believes the Court can rule separately on the issue presented herein.

## **RULE 7.1.1 STATEMENT**

The undersigned hereby certifies that a reasonable effort has been made to reach agreement with Plaintiff's counsel on the matters set forth in the motion and that parties have not been able to reach agreement.

|  |  |
|---|---|
| By: | /s/ Steven L. Caponi |
|  | Steven L. Caponi (# 3484) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on March 21, 2017 to all counsel of record via email.

Respectfully submitted,

By: /s/ Steven L. Caponi
Steven L. Caponi (# 3484)