# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIEMENS INDUSTRY, INC., <br><br> Plaintiff, <br><br> v. <br><br> WESTINGHOUSE AIR BRAKE TECHNOLOGIES CORPORATION (d/b/a WABTEC CORPORATION) and WABTEC RAILWAY ELECTRONICS, INC., <br><br> Defendants. | C.A. No. 16-284 (LPS) |

**DEFENDANT'S REPLY TO SIEMEN'S OPPOSITION TO**
**DEFENDANT'S MOTION TO AMEND SCHEDULING ORDER**

The majority of Plaintiff Siemens Industry, Inc.'s ("Siemens") opposition to Defendant Westinghouse Air Brake Technologies Corporation's (d/b/a Wabtec Corporation) ("Wabtec") motion to amend merely re-argues Siemens' motion to sever Wabtec's infringement counterclaims. In large part, Siemens did not even address why Wabtec's proposed scheduling order is not reasonable for a sixteen (16) patent case. For example, Siemens repeatedly argues that Wabtec's infringement counterclaims, which added a mere three patents, are an "exponential" enlargement of this case, while Siemens' enlargement of the case from seven to thirteen patents was not. (D.I. 73 at 3, 4). These arguments are simply not germane to the issue before the Court here: whether a scheduling order needs to be entered for those counterclaims while the Court decides the motion to sever. Wabtec's motion explains that its infringement counterclaims are properly part of the current case, and as such, a schedule needs to be set so the case can proceed.

Wabtec provided Siemens with its Identification of Accused Product(s), Damages Model, Asserted Patents, and File History Production on March 28, 2017, per its proposed schedule.

Wabtec believes that Siemens should produce its core technical documents related to the Accused Product(s) on April 14, 2017, so that even if the infringement counterclaims are severed, they are not significantly delayed.  Under Siemens' proposed schedule, Siemens would not produce its core technical documents related to the Accused Product(s) until June 1, 2017, nearly four months after Wabtec filed its infringement counterclaims.  Siemens has already gathered some technical documents related to the Accused Product(s), as evidenced from the citations to those documents in Wabtec's infringement counterclaims.  Completion of Siemens' core technical document obligations thus does not constitute a major additional effort.  Indeed, Wabtec produced its core technical documents on August 29, 2016, just 14 days after Siemens served its Identification of Accused Product(s), Damages Model, Asserted Patents, and File History Production on August 15, 2016.

Wabtec is not proposing a more "truncated" schedule than Siemens proposed to Wabtec for a thirteen patent case.  Siemens admits in its opposition that there is overlapping discovery and that it "can be coordinated" to avoid duplication.  (*See* D.I. 73 at 2).  This admission supports Wabtec's proposal of entering the current schedule.

Wabtec respectfully requests that the Court enter a schedule for its infringement counterclaims since these claims are not contemplated under the current schedule.

Dated:  April 11, 2017                                              **K&L GATES LLP**

/s/ Steven L. Caponi
Steven L. Caponi, Esq. (#3484)
600 N. King Street
Suite 901
Wilmington, DE 19801
Phone: 302.416.7080
steven.caponi@klgates.com

-and-

Alan L. Barry, Esq.

2

                                            Jason A. Engel, Esq.
                                            Benjamin E. Weed, Esq.
                                            Devon C. Beane, Esq.
                                            Katherine L. Hoffee, Esq.
                                            K&L GATES LLP
                                            70 West Madison Street, Suite 3100
                                            Chicago, Illinois  60602
                                            Phone: 312. 372.1121
                                            alan.barry@klgates.com
                                            jason.engel@klgates.com
                                            benjamin.weed@klgates.com
                                            devon.beane@klgates.com
                                            katy.hoffee@klgates.com

                                            *Attorneys for Defendants Westinghouse Air Brake Technologies Corporation (d/b/a Wabtec Corporation) and Wabtec Railway Electronics, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on April 11, 2017 to all counsel of record via email.

Respectfully submitted,

By: /s/ Steven L. Caponi
     Steven L. Caponi (# 3484)