IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SIEMENS MOBILITY INC. | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 16-284-LPS |
| WESTINGHOUSE AIR BRAKE TECHNOLOGIES CORPORATION (d/b/a WABTEC CORPORATION) and WABTEC RAILWAY ELECTRONICS, INC., | : | |
| Defendants. | : | |

## MEMORANDUM ORDER

At Wilmington this **11th** day of **January, 2019**:

Whereas a jury trial in the above-captioned action is scheduled to commence on Monday, January 14, 2019, **IT IS HEREBY ORDERED** that:

1. By consent of the parties, Magistrate Judge Burke will preside over jury selection. Counsel are to appear on Monday, January 14, 2019 at 8:30 AM in Courtroom 2A.

2. No later than Sunday, January 13, 2019 at 3:00 PM, the parties shall jointly file a letter that briefly summarizes any issues or objections either party plans to raise with the Court on the morning of January 14 pursuant to the parties' pretrial order.

HONORABLE LEONARD P. STARK
UNITED STATES DISTRICT JUDGE