EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SIEMENS MOBILITY, INC.,                    )
                                            )
                        Plaintiff,          )
                                            )
            v.                              )     C.A. No. 16-284-LPS-CJB
                                            )
WESTINGHOUSE AIR BRAKE                      )
TECHNOLOGIES CORPORATION                    )
(d/b/a WABTEC CORPORATION) and              )
WABTEC RAILWAY ELECTRONICS, INC.,           )
                                            )
                        Defendants.         )

## [PROPOSED] JUDGMENT ON THE JURY VERDICT

Pursuant to the JURY VERDICT of January 25, 2019 (D.I. 447), a redacted copy of which is attached hereto, JUDGMENT is hereby entered as follows:

IT IS ORDERED AND ADJUDGED that judgment be and hereby is entered in favor of Siemens Mobility, Inc. ("Siemens") and against Defendants Westinghouse Air Brake Technologies Corporation (d/b/a Wabtec Corporation) and Wabtec Railway Electronics, Inc. (collectively, "Westinghouse") with respect to Siemens' claims for infringement of:

(i)      claim 5 of U.S. Patent No. 6,996,461, claim 15 of U.S. Patent No. 7,236,860, claim 4 of U.S. Patent No. 7,079,926, and claim 11 of U.S. Patent No. 6,824,110 (the "OBU patents");

(ii)     claim 1 of U.S. Patent No. 8,714,494 and  claim 1 of U.S. Patent No. 9,233,698 (the "BOS patents"); and

(iii)    claim 1 of U.S. Patent No. 7,467,032 and  claim 4 of U.S. Patent No. 7,742,850 (the "EOT patents").

IT IS FURTHER ORDERED AND ADJUDGED that judgment be and hereby is entered in favor of Siemens and against Westinghouse with respect to Siemens' claim that Westinghouse's infringement of the EOT patents was willful;

IT IS FURTHER ORDERED AND ADJUDGED that judgment be and hereby is entered in favor of Siemens and against Westinghouse for damages in the amount of $5,598,600 for Westinghouse's infringement of the OBU and BOS patents, and in the amount of $1,062,841 for Westinghouse's infringement of the EOT patents, subject to any enhanced damages, interest, fees, and/or costs that may subsequently be sought and awarded by the Court;

IT IS FURTHER ORDERED AND ADJUDGED that judgment be and hereby is entered in favor of Siemens and against Westinghouse that the OBU patents, BOS patents and EOT patents are not invalid;

IT IS FURTHER ORDERED AND ADJUDGED that this JUDGMENT shall have the effect of denying as moot all oral and written motions made by the parties during the trial pursuant to Federal Rule of Civil Procedure 50(a), subject to such motions being renewed as post-trial motions.

This JUDGMENT is not a Final Judgment, and instead serves to trigger the time for filing post-trial motions on issues that were decided by the jury, as well as other post-trial matters, including Siemens' motion for enhancement of damages and for an accounting.[1]

---

[1] For the avoidance of doubt, entry of this non-final JUDGMENT is not intended to trigger the 30-day period under Fed. R. App. P. 4(a)(1) for Siemens to appeal any of the Court's pretrial rulings, specifically including the Oral Order granting Wabtec's Daubert Motion to Exclude the Testimony of Andrew W. Carter Regarding Lost Profits for the OBU and BOS Patents (D.I. 391), the Memorandum Order denying Siemens' Motion for Reconsideration (D.I. 424), the Order granting Wabtec's Motion for Partial Summary Judgment of No Pre-Suit Damages (D.I. 404), and the Memorandum Order denying Siemens' Motion for Leave to Serve a Revised Expert Report of Its Damages Expert (D.I. 424), nor is it intended to prejudice any party's right to seek interlocutory review pursuant to 28 U.S.C. § 1292(c)(2).

Dated:  February _____, 2019

_____

Honorable Leonard P. Stark

_____

(By) Deputy Clerk

*APPROVED AS TO FORM AND SUBSTANCE:*

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | K&L GATES LLP |
|---|---|
| _____ | _____ |
| Karen Jacobs (#2881) | Steven L. Caponi (#3484) |
| Stephen J. Kraftschik (#5623) | 600 North King Street |
| 1201 North Market Street | Suite 901 |
| P.O. Box 1347 | Wilmington, DE 19801 |
| Wilmington, DE 19899-1347 | (302) 416-7080 |
| (302) 658-9200 | steven.caponi@klgates.com |
| kjacobs@mnat.com | |
| skraftschik@mnat.com | OF COUNSEL: |
| | |
| OF COUNSEL: | Alan L. Barry |
| | Jason A. Engel |
| Mark Supko | Benjamin E. Weed |
| Kathryn L. Clune | Devon C. Beane |
| Vincent J. Galluzzo | Gina A. Jenero |
| Joshua M. Rychlinski | Katherine L. Hoffee |
| CROWELL &MORING LLP | Erik J. Halverson |
| 1001 Pennsylvania Avenue NW | K&L GATES LLP |
| Washington, DC 20004 | 70 West Madison Street, Suite 3300 |
| (202) 624-2500 | Chicago, IL  60602 |
| msupko@crowell.com | (312) 372-1121 |
| kclune@crowell.com | alan.barry@klgates.com |
| vgalluzzo@crowell.com | jason.engel@klgates.com |
| jrychlinski@crowell.com | benjamin.weed@klgates.com |
| | devon.beane@klgates.com |
| Jacob Z. Zambrzycki | katy.hoffee@klgates.com |
| Scott L. Bittman | erik.halverson@klgates.com |
| CROWELL & MORING LLP | |
| 590 Madison Avenue, 20th Floor | |
| New York, NY 10022 | |
| (212) 223-4000 | |
| jzambrzycki@crowell.com | |
| sbittman@crowell.com | |

February 1, 2019