OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Randall C. Lohan
CLERK OF COURT

844 North King Street, Unit 18
Wilmington, DE 19801-3570
www.ded.uscourts.gov
(302) 573-6170

April 5, 2024

**VIA REGULAR MAIL & CM/ECF**

**Steven L. Caponi**
K&L Gates LLP
600 N. King Street
Suite 901
Wilmington, DE 19801

RE: **Siemens Mobility, Inc. v. Westinghouse Air Brake Technologies Corporation et al**
CA. 1:16-cv-284-LPS

Dear Counsel:

The Clerk's Office is returning and/or disposing of exhibits located in its storage area in accordance with the Court's Local Rule 79.1 (b)(2).

Presently we have the following: **one box and two physicals** of Defendant's admitted trial exhibits in the above-mentioned case to return to you. Please contact the undersigned to schedule pick-up of these exhibits or disposal.

***Please advise me no later than May 5, 2024, whether you wish to retrieve the exhibits or have them discarded. If the latter, I will need written consent.***

Please contact Michael Banenas at (302-573-4566) to arrange pick-up of exhibits. We will prepare the exhibits for your retrieval and contact you when they are ready for pick-up.

Sincerely,

By: _s/_____
    Michael Banenas
    Deputy Clerk