OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Randall C. Lohan
CLERK OF COURT

844 North King Street, Unit 18
Wilmington, DE 19801-3570
www.ded.uscourts.gov
(302) 573-6170

April 9, 2024

**Jack B. Blumenfeld**
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

RE: **Siemens Mobility, Inc. v. Westinghouse Air Brake Technologies Corporation et al**
    1:16-cv-0284-LPS

Dear Counsel:

    I am returning to you Plaintiff's Trial Exhibits consisting of **two boxes**. Please acknowledge receipt of said exhibits on the copy of this letter.

            Sincerely,

            By: _____
                Deputy Clerk

I hereby acknowledge receipt of the above exhibits on ___**APR 0 9 2024**___

            _____
                    Signature

            _____
                  Firm/Affiliate