# K&L GATES

Steven L. Caponi, Esq.
steven.caponi@klgates.com
T 302-416-7080

June 12, 2024

**Via Electronic Filing**

Office of the Clerk
United States District Court
for the District of Delaware
844 North King Street
Wilmington, DE 19081

**Re:** *Siemens Mobility, Inc. v. Westinghouse Air Brake Techs. Corp.*, **C.A. No. 16-284 (LPS)**

Dear Clerk of the Court:

This letter is in response to Deputy Clerk, Michael Banenas's letter of April 5, 2024 regarding destruction of trial exhibits.

At your convenience, would you please destroy the one box of exhibits admitted by Defendant referenced in your letter? A runner will be scheduled to pick up the two physical exhibits on June 13, 2024.

Please do not hesitate to contact me if you have any questions.

Respectfully submitted,

*/s/ Steven L. Caponi*

Steven L. Caponi (No. 3484)


cc:   Clerk of Court (*via CM/ECF*)
      All counsel of record (*via CM/ECF*)