OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Randall C. Lohan
CLERK OF COURT

844 North King Street, Unit 18
Wilmington, DE 19801-3570
www.ded.uscourts.gov
(302) 573-6170

June 13, 2024

**Steven L. Caponi**
K&L Gates LLP
600 N. King Street
Suite 901
Wilmington, DE 19801

RE: **International Business Machines Corporation v. Groupon, Inc.**
    1:16-cv-0284-LPS

Dear Counsel:

I am returning to you Defendants' Trial Exhibits consisting of **two physical exhibits**. Please acknowledge receipt of said exhibits on the copy of this letter.

Sincerely,

By: _____
     Deputy Clerk

I hereby acknowledge receipt of the above exhibits on _____.

_____
Signature

_____
Firm/Affiliate  (K L Gates)